# Ezzell *v*. Orman *et al.*

APPEAL from Franklin Chancery Court.
Heard before the Hon. WILLIAM H. SIMPSON.

THOS. R. ROULHAC, for appellant.

ALMON & BULLOCK, for appellee.

The bill in this case was filed by the appellant, John T. Ezzell, against the appellees, to establish an interest in certain specifically described lands, and for the reformation of deeds.

On the final submission of the cause on the pleadings and proof, the chancellor rendered a decree deny-

ing the relief prayed for, and ordering the bill dismissed. From this decree the complainant appeals, and assigns the rendition thereof as error.

The decree of the chancellor is affirmed.

Opinion by DOWDELL, J.